ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: Nov. 7, 2008
START: 12:30 p.m.
END: 1:00pm

DOCKET NO: 08-CV-827 (FB)

CASE: David E. White Company, Inc. v. AAAP USA Corporation

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Greg Brown

FOR DEFENDANT: Richard Schrier

FACT DISCOVERY TO BE COMPLETED BY 8/7/09
✓ NEXT Settlement CONFERENCE SCHEDULED FOR 9/10/09 2:00 p.m.
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure shall be completed by 11/21/08.
Pleadings may be amended & new parties added until 1/16/09.
Plaintiff's expert disclosure shall be served by 3/6/09; defendant's is due by 6/1/09. Expert depositions shall be completed by 8/7/09.