*Law Offices of*
*Bruce Levinson, Esq.*
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750-9898   Fax: (212) 750-2536
E-mail: b.levinson@verizon.net

Bruce Levinson

Gregory Brown

July 10, 2009

VIA ECF

Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 7/10/09

Re: **David E. White Company, Inc. v. AAAP USA Corporation**
    **Case No. 08-cv-827 (FB) (RLM)**

Honorable Madam:

In response to your Honor's order from this morning, the parties have conferred and jointly request the following dates as deadlines for the completion of discovery:

> Service of outstanding document demands: July 24, 2009
> Service of responses to document demands: September 4, 2009
> Service of plaintiff's expert disclosure: September 18, 2009
> Service of defendants' expert disclosure: November 20, 2009
> Completion of depositions: January 8, 2010
> Completion of expert depositions: February 5, 2010
> Discovery cutoff: February 5, 2010
> Settlement Conference: March 5, 2010  *at 10:00 a.m.*

Thank you for your attention to this matter.

Respectfully yours,
Law Offices of Bruce Levinson

By: _____
    Gregory Brown

cc.: Richard E Schrier, Esq. (via ECF)
     David A. Group, Esq. (via ECF)
     Trinity Fruit Sales Co.
     Jason Read, Esq.