*Law Offices of*
*Bruce Levinson, Esq.*
*747 Third Avenue, New York, New York 10017-2803*
*Tel: (212) 750-9898    Fax: (212) 750-2536*
*E-mail: b.levinson@verizon.net*

*Bruce Levinson*

*Gregory Brown*

November 12, 2009

**VIA ECF**

Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    David E. White Company, Inc. v. AAAP USA Corporation;
             Case No. 08-cv-827 (FB) (RLM)

Honorable Madam:

      Per your direction during the November 10, 2009 conference call in the above-referenced action, the parties have conferred and propose the following updated discovery schedule:

      Service of plaintiff's expert disclosure:  December 30, 2009
      Service of defendants' expert disclosure:  March 1, 2010
      Service of third-party defendants' expert disclosure: April 1, 2010
      Completion of depositions:  May 28, 2010
      Completion of expert depositions: June 30, 2010
      Discovery cutoff: July 9, 2010
      Settlement conference:  July 23, 2010 at 10:00 AM

      Kindly advise all sides whether these dates are acceptable. Thank you for your attention to this matter.

                                                          Respectfully yours,
                                                          Law Offices of Bruce Levinson

                                   By: _____
                                         Gregory Brown

cc.:    Richard E Schrier, Esq. (via ECF)
        David A. Group, Esq. (via ECF)
        Trinity Fruit Sales Co.