Case 1:08-cv-00827-FB-RLM   Document 42   Filed 11/12/09   Page 1 of 1

*Law Offices of*
## Bruce Levinson, Esq.
*747 Third Avenue, New York, New York 10017-2803*
*Tel: (212) 750.9898    Fax: (212) 750.2536*
*E-mail: b.levinson@verizon.net*

*Bruce Levinson*

*Gregory Brown*

November 12, 2009

**VIA ECF**

Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   **David E. White Company, Inc. v. AAAP USA Corporation;**
>        **Case No. 08-cv-827 (FB) (RLM)**

Honorable Madam:

Per your direction during the November 10, 2009 conference call in the above-referenced action, the parties have conferred and propose the following updated discovery schedule:

Service of plaintiff's expert disclosure:  December 30, 2009
Service of defendants' expert disclosure:  March 1, 2010
Service of third-party defendants' expert disclosure: April 1, 2010
Completion of depositions:  May 28, 2010
Completion of expert depositions: ~~June 30, 2010~~ May 28, 2010 *(RLM)*
Discovery cutoff: ~~July 9, 2010~~ June 4, 2010 *(RLM)*
Settlement conference: ~~July 23, 2010 at 10:00 AM~~ June 18, 2010 at 10:00 A.m. *(RLM)*

Kindly advise all sides whether these dates are acceptable. Thank you for your attention to this matter.

*The parties' proposed schedule is adopted with modifications.*

SO ORDERED.

*Roanne L. Mann*
U.S. Magistrate Judge
Dated: 11/12/09

Respectfully yours,
Law Offices of Bruce Levinson

By:  _____
Gregory Brown

cc.:   Richard E Schrier, Esq. (via ECF)
David A. Group, Esq. (via ECF)
Trinity Fruit Sales Co.